1
2
3
4
5          **UNITED STATES DISTRICT COURT**
6          **SOUTHERN DISTRICT OF CALIFORNIA**
7
8    UNITED STATES OF AMERICA,              Case No. 19-CR-04749-JLS
9                      Plaintiff,           **ORDER CONTINUING**
                                            **SENTENCE WITH PSR**
10        v.
11   ALFREDO MENDOZA (13),
12                      Defendant.
13   _____
14
15        Pursuant to joint motion and good cause having been shown, the Court continues
16   the upcoming Sentence With PSR Hearing from December 18, 2020 at 10:30 A.M. to
17   February 5, 2021 at 10:30 A.M.  Defendant shall file an acknowledgment of the new
18   hearing date by December 18, 2020.
19        **SO ORDERED.**
20
21
22   DATED:  December 7, 2020
23                                          Honorable Janis L. Sammartino
24                                          United States District Judge
25
26
27
28